## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Smart Oil LLC,** an Illinois Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> **David Ebrahimzadeh**, an individual, and **DW Mazel, LLC,** a Wyoming Limited Liability Company. <br><br> Defendants. | Case No. 20-cv-07804 |

## PLAINTIFF'S MOTION FOR DETERMINATION OF FINALITY

This lawsuit alleges a veil piercing/alter ego cause of action against both defendants DW Mazel, LLC ("*DWM*") and its sole member, David Ebrahimzadeh. It seeks a determination that a judgment previously entered in favor of the Plaintiff and against DWM is enforceable against DWM's principal and sole owner Ebrahimzadeh as if he was named personally in the judgment. ECF Dkt. No. 1.

On July 28, 2021, this Court, having found that good service had been made on DWM, entered default judgment finding in favor of Plaintiff for the requested relief. The Court's default judgment found that "DWM is a legal fiction with respect to its creditors and adherence to its separate existence would promote injustice. Therefore, Plaintiff's judgment against DWM is enforceable against DWM's principal, David Ebrahimzadeh, as if Ebrahimzadeh was named personally in the judgment." ECF. Dkt. No. 18.

This Court's July 28, 2021 order has effectively mooted Plaintiff's allegations against DWM's sole owner and principal, Ebrahimzadeh, who has avoided being personally served with process to date. Because the relief sought in this case has been granted by this Court, and because further proceedings against the transient Ebrahimzadeh have been rendered redundant by the default judgment, this Court

should determine that its default judgment order is final and immediately enforceable, and it should dismiss the remaining claims against Ebrahimzadeh as moot and without prejudice by entering an order substantially in the form of the proposed order attached to this motion as **Exhibit A**.

"When an action presents more than one claim for relief…or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." Fed. R. Civ. P. 54(b). Here, this Court entered default judgment against a single member entity having found proper service made, which judgment grants relief against both the single member entity and the single member. Because further proceedings against the single member are now redundant, there is no just reason for delay of enforcement or appeal from this Court's default judgment order.

Moreover, since Plaintiff is requesting that all remaining claims in this lawsuit be dismissed as moot and without prejudice, this Court's July 28, 2021 default judgment order becomes final as an operation of law. The Plaintiff is simply requesting that this Court enter an order documenting that fact.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order, substantially in the form of the order attached here as Exhibit A, and that it grant any such further relief that it finds appropriate under the circumstances.

Smart Oil LLC

By: /s/ *Thomas H. Griseta*
One of Its Attorneys

William J. Factor (6205675)
Thomas H. Griseta (6319206)
**FACTORLAW**
105 W. Madison Street, Suite 1500
Chicago, IL 60602
Tel:    (312) 878-6976
Fax:    (847) 574-8233
Email: tgriseta@wfactorlaw.com

## CERTIFICATE OF SERVICE

I, Thomas H. Griseta, an attorney, hereby certify that on November 1, 2021, before 5:00 p.m., I caused a copy of the foregoing Motion to be served via U.S. Mail upon the following, proper postage prepaid, and via e-mail where indicated:

DW Mazel, LLC
c/o Northwest Reg Agents
30 N Gould St. Ste. N
Sheridan, Wyoming 82801

*/s/ Thomas H. Griseta*