**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Smart Oil, LLC

                        Plaintiff,

v.                                                   Case No.: 1:20−cv−07804
                                                     Honorable Marvin E. Aspen

David Ebrahimzadeh, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 2, 2021:

      MINUTE entry before the Honorable Marvin E. Aspen: Plaintiff filed a Motion for Determination of Finality [22]. Per Plaintiff's request, we dismiss the claim against Defendant David Ebrahimzadeh without prejudice as moot. Status hearing on 12/2/2021 is stricken. Civil case terminated. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.